IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DANA DELOUTH, et al.,

        Plaintiffs,

  vs.                                              No. CIV 09-859 MV/LFG

GLORIA GARZA, et al.,

        Defendants.

## ORDER VACATING SCHEDULING CONFERENCE

THIS MATTER comes before the Court *sua sponte*. On November 12, 2009, the parties advised the Court that they've agreed to a dismissal without prejudice.

The Court will therefore vacate the scheduling conference set for December 8, 2009 and will cancel all deadlines established in the Initial Scheduling Order [Doc. 10], including the time for attending a "meet and confer" session, service of initial disclosures, and filing of a Joint Status Report.

IT IS THEREFORE ORDERED that the scheduling conference set for December 8, 2009 is vacated, and all case management deadlines previously established are hereby canceled.

                                                  */s/ Lorenzo F. Garcia*
                                                  Lorenzo F. Garcia
                                                  United States Magistrate Judge